# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BORG | CIVIL ACTION |
| VERSUS | 20-431-SDD-SDJ |
| AMERICAN BIOCARBON CT, LLC | |

### RULING

The Court has carefully considered the unopposed *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott D. Johnson, dated August 12, 2020.

The Court hereby approves the Report and Recommendation of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Defendant's *Unopposed Motion to Remand* (Rec. Doc. 4) is hereby GRANTED and this matter is REMANDED to the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

Signed in Baton Rouge, Louisiana on <u>August 14, 2020</u>.

*[signature]*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 4.
[2] Rec. Doc. 5.